1-22-23

To Whom It May Concern,

My name is Andrew I work @ P+H Distributors a Plumbing Supply house.

I Have known Brian From B+B Plumbing for about 10yrs

I have Recommended Brian to many of my Customers to have work Done over the years and all Have been Satisfied and went above + Beyond on work that needed to Be Done.

My son who is now deceased when started out to do Plumbing was taught by Brian who Nurtured him along the way to learn the trade

As I dont know Brian Outside of Work I can tell by his work Ethics and his caring about People and just nice talks when he comes in to purchase Plumbing material he has to be a really good person

Andrew @ P+H
717-843-0816

To whom it may concern:

I have known Brian Korte for many years and first met him when I needed some plumbing work done at my home. The work I was getting done by another contractor was very expensive, customer service was not good, and frankly the quality of workmanship not what I expected. Therefore I contacted B&B plumbing to do some work and have used Brian for all my plumbing needs since. From simple repairs to installing new fixtures and replacing my water tank, Brian's work has been excellent. His customer service has been great, he is quick to help in an emergency, and his prices are very reasonable. I will not use any other plumber.

I respect the fact that Brian has plead guilty to some crimes but I wanted to provide some additional information about Brian, which I hope the court would consider. I know Brian is the primary earner for his family and needs to care for his wife due to some medical issues. He is a dedicated family man and serving jail time would be a hardship for his family. Brian is also recovering from a medical condition and needs to continue getting the required care for a full recovery. Small business owners are an important part of our economy and Brian contributes to society, and serves the local community, through his business.

I want to thank the court for taking this letter into consideration when resolving Brian's case. It is my hope the court will be lenient and resolve his case with no jail time so he can continue to provide for his family, care for his wife, run his business, and be a productive member of society.

Best regards,

Les Weibley

20 Barbara Lane

York Haven, PA 17370

January 18, 2023

To Whom It May Concern,

I have known Brian Korte for a number of years. He is my friend and my go to for a professional plumber. Brian has always shown me that he has good character, honesty and integrity.

I work with the Pennsylvania State Police and have over 29 years of military service. Brian is one of the few people that I would trust with my life and/or watch out for my family should something happen to me.

Sincerely,

John H. Whitcomb