July 8, 2023

To the Honorable Judge Chunkison,

I would like to apologize first off to all the law enforcement officers and Staff, as well as all goverment officals for my actions on Jan 6th.

I can only imagine the horror they all felt that day, and their families not knowing if there loved ones would be coming home safe. I have complete and total respect for all law enforement. I wake up everyday with the events from that day on my mind, and deal with that all day.

I'm embarrassed, and humiliated evey single day. I truely realize that I should have never went inside. I will live with guilt for the rest of my life.

I have embarrased my family and friends, and disapointed my grandchildren.

I'm a 66 year old man that has always obeyed the law, I am ashamed of myself.

Sincerely,
Brian Rood